**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1482

TIESHA EVANS; KATHY REAVES,

Plaintiffs - Appellants,

v.

APRIL LEROY, Individually and Professional Capacity; OFFICER MCCOLL, Individually; CHIEF ALLEN HEIDLER; RICHARD O'MALLEY; HALL ROSS, Individually and Professional; MOLLY SPEARMAN; TERESA MYERS ERVIN; K. G. SMITH, JR.; MARK KEEL; HENRY MCMASTER; CHRISTOPHER WRAY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge; Thomas E. Rogers, III, Magistrate Judge. (4:22-cv-01150-TLW-TER)

Submitted: October 18, 2022                    Decided: October 20, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tiesha Evans and Kathy Reaves, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiesha Evans and Kathy Reaves seek to appeal the magistrate judge's order directing them to secure counsel to represent a minor child. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*